Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| G & G Closed Circuit Events, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>Patricia De Morales, et al.,<br><br>Defendants. | Case No. 2:13-cv-01858-MCE-KJN<br><br>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL; ORDER |

**NOTICE IS HEREBY GIVEN**, that, Plaintiff voluntarily dismisses, *without prejudice,* defendants Patricia De Morales and Enrique Morales, individually and d/b/a Lupe's Mexicana a/k/a Lupe's Mexican Restaurant.

This Dismissal is made pursuant to FRCP 41 (a).

Dated: June 9, 2014         /s/  *Thomas P. Riley*
                            **LAW OFFICES OF THOMAS P. RILEY, P.C**.
                            By: Thomas P. Riley
                            Attorneys for Plaintiff
                            G & G Closed Circuit Events, LLC

1

# ORDER

It is hereby ordered that civil action *G & G Closed Circuit Events, LLC v. Patricia De Morales, et al.*, 2:13-cv01858-MCE-KJN, is **DISMISSED WITHOUT PREJUDICE**.

Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated:  June 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT